IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID HOWARD HAWKINS,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC.,<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>1:22-cv-4786-CAP-JKL |

## **ORDER**

This matter is presently before the Court on the Plaintiff's notice of settlement as to Defendant Experian Information Solutions, Inc., which informs the Court that the remaining parties have reached a settlement of Plaintiff's claims, and simply need to finalize the settlement before dismissing the case. [Doc. 28.] The other defendants in this case, Equifax Information Services, LLC and Trans Union LLC, were previously dismissed. [*See* Docs. 14, 16, 18.]

Based upon the parties' representations, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The parties shall file the appropriate dismissal documents within **sixty (60) days** of the date of this Order. If the parties

need additional time, they should move for such additional time to finalize the settlement. If the settlement fails, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 5th day of January, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.